UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSE RODRIGUEZ,

                Plaintiff,

vs.

FEDEX FREIGHT EAST, INC.,

                Defendant.

_____/

Bkrptcy No. 04-47510-PJS
Adversary No. 05-5149-PJS
HON. PHILLIP J. SHEFFERLY
Case No. 08-CV-10637
HON. GEORGE CARAM STEEH

## ORDER DENYING PLAINTIFF'S RENEWED MOTION
## FOR DEFAULT JUDGMENT (#38)

For the reasons stated on the record on June 23, 2008,

Plaintiff Jose Rodriguez's renewed motion for the sanction of default judgment for

defendant Fed Ex's alleged willful concealment and/or destruction of a tape recording of

a conference call among plaintiff, Fed Ex Regional Vice President John Ravenelle, and

Regional Vice President of Operations Sammy Reid, is hereby DENIED as MOOT in the

absence of proof that such a tape recording was made.

        SO ORDERED.

Dated:  June 24, 2008

                          s/George Caram Steeh_____
                          GEORGE CARAM STEEH
                          UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
June 24, 2008, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk